1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

  v.

DOUG WADDINGTON *et al.,*

        Defendants.

Case No.  C06-5183RJB

ORDER TO FILE AN
AMENDED COMPLAINT

      This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given leave to file an amended complaint on July 6th, 2006.  (Dkt. # 16).  To date no amended complaint has been filed.

      Plaintiff has until **September 1st, 2006** to file an amended complaint.  The amended complaint will act as a complete substitute for the original and not as a supplement.  Plaintiff is reminded to send a copy of the complaint and filled out Marshal Service form for each named defendant.  If an amended complaint is not received by September 1st, 2006 the court will recommend this action be dismissed for failure to prosecute

      The Clerk is directed to send plaintiff a copy of this Order and note the **September 1st, 2006** due date for the amended complaint.

      DATED this 31st, day of July, 2006.

                                          /S/ *J. Kelley Arnold*
                                          J. Kelley Arnold
                                          United States Magistrate Judge

ORDER
Page - 1