UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

        Defendants.

Case No. C06-5183RJB

ORDER TO PROVIDE SERVICE DOCUMENTS

This Civil Rights action, filed pursuant to 42 U.S.C. §1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has filed an amended complaint as ordered by the court. (Dkt. # 19). The complaint is 13 pages long and there are 22 pages of supporting exhibits. Only one copy of the complaint and exhibits was provided by the plaintiff. The court will need one full copy of the documents and a filled out Marshal Service form for each defendant.

**The clerks office is directed to send Mr. Rouse seven Marshal service forms.**

Plaintiff will fill out a form for **each defendant and provide a copy of the complaint with exhibits on or before October 20th, 2006** or the court will recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **October 20th, 2006.**

DATED this 18th day of September 2006.

        */S/ J. Kelley Arnold*
        J. Kelley Arnold
        United States Magistrate Judge