UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

        Defendants.

Case No. C06-5183RJB

ORDER REGARDING COUNSEL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court plaintiff's motion asking to "set aside the proceeding ." (Dkt. # 20). Plaintiff is not asking to dismiss this action.

    Review of the motion reveals plaintiff is asking for permission to have the legal clinic from a Spokane area Law School, "University Legal Assistance" represent him. (Dkt. # 20). Plaintiff states he contacted University Legal Assistance and was told they would represent him if he asked permission of the court.

    Neither the plaintiff nor University Legal Assistance needs the court's permission. If University Legal Assistance wishes to undertake representation of this plaintiff they need only enter a notice of appearance. To the extent University Legal Assistance may be asking for permission to have law students participate in this case, the court refers the plaintiff and University Legal Assistance to Local Rule General Rule 2 (i) Admission to Limited Practice.

ORDER
Page - 1

1  Any person who has completed the admissions application and been admitted by the court may
2  participate in an action without further leave of court, unless the court specifically removes them as
3  allowed for in.  Local Rule General Rule 2 (i) (3) (A). The court advises plaintiff that oral argument has
4  not been set on any motion and permission for oral argument is rarely granted.
5  The Clerk is directed to send plaintiff a copy of this Order.

7  DATED this 29th, day of September, 2006.

9  /S/ *J. Kelley Arnold*
   J. Kelley Arnold
10 United States Magistrate Judge

ORDER
Page - 2