UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

        Defendants.

Case No. C06-5183RJB

ORDER DENYING PLAINTIFF'S MOTION

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking he be given thirty-days to respond to any court order (Dkt # 45). Plaintiff explains he has just been transferred from the Penitentiary to the McNeil Island Corrections Center.

Plaintiff's motion is **DENIED.** The only pending deadline at this point in time is the May 18, 2007, deadline for a more definite statement (Dkt. # 43). The court gave plaintiff more than thirty-days to provide that statement. While plaintiff's transfer may be good cause for an extension of time on a particular order or motion, it is not cause to alter the court's normal procedures on a generalized basis.

The Clerk is directed to send plaintiff and counsel for defendants a copy of this Order.

DATED this 1 day of May, 2007.

                                      /S/ *J. Kelley Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge