1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
8                           AT TACOMA

9    CALVIN ROUSE,

10                  Plaintiff,                    Case No.  C06-5183RJB

11          v.
                                                  ORDER ADOPTING REPORT
12   DOUG WADDINGTON *et al.*,                    AND RECOMMENDATION
                                                  AND RE-REFERRING CASE TO
13                  Defendants.                   MAGISTRATE JUDGE

14

15

16          This matter comes before the Court on the Report and Recommendation of United States

17   Magistrate Judge J. Kelley Arnold.  Dkt. 56.  The Court has considered the Report and

18   Recommendation (Dkt. 56), Plaintiff's Objections to the Report and Recommendation (Dkt. 57),

19   and the file herein.

20          Originally filed in February of 2006, Plaintiff brings this civil rights action pursuant to 42

21   U.S.C. § 1983.  Dkt. 6-3.  On July 6, 2006, the complaint in this matter was dismissed without

22   prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) because Plaintiff sought return of

23   360 days of his good conduct time.  Dkt. 13-1.  Plaintiff was granted leave to amend his complaint,

24   but was warned not to raise issues previously dismissed.  Dkt. 16.  Plaintiff filed an amended

25   complaint.  Dkt. 19.  Plaintiff attempted to gain leave to amend his complaint on additional

26   occasions, and leave was denied.  Dkts. 25, 27, 38, and 41.  Due to the fact that the case was filed

27   several months ago, Plaintiff was warned not to attempt to add additional claims or defendants.  *Id*.

28   In March of 2007, Defendants filed a Motion for a More Definite Statement.  Dkt. 42.  The Motion

ORDER
Page - 1

1    was granted, and Plaintiff filed a Second Amended Complaint.  Dkt. 49.  Despite being warned not

2    to add claims which have been dismissed or new claims and/or defendants, Plaintiff's proposed

3    Second Amended Complaint contains a claim regarding the loss of his good time credits, and new

4    claims and defendants.  Dkt. 49.

5        Defendants moved for involuntary dismissal of the Second Amended Complaint due to

6    Plaintiff's failure to follow the Court's orders.  Dkt. 50.  Judge Arnold filed a Report and

7    Recommendation on June 19, 2007, recommending that Defendants' motion be granted, in part, and

8    the new claims and defendants be dismissed with prejudice.  Dkt. 56.  Judge Arnold recommends

9    that the claims relating to the disciplinary hearing and loss of good time be again dismissed without

10   prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).  *Id*.  Judge Arnold recommends that

11   the Defendants' motion be denied as to Plaintiff's equal protection claim, and the two Eighth

12   Amendment claims.  *Id.*

13       Judge Arnold's Report and Recommendation should be adopted.  Pursuant to Fed. R. Civ. P.

14   41(b), Plaintiff's new claims and defendants should be dismissed with prejudice.  Plaintiff filed this

15   matter several months ago and continually attempts to add claims and defendants, changing the

16   nature of the complaint.  In light of the procedural posture of the case, Plaintiff has been warned

17   against attempting to add new defendants or claims.  Dkt. 43.  Plaintiff has continued to ignore the

18   Courts' orders and as a sanction for failing to comply with the orders of the Court, the new claims

19   and new defendants in the Second Amended Complaint should be dismissed with prejudice.

20       Plaintiff's claims regarding the disciplinary hearing and loss of good time have been dismissed

21   without prejudice as barred by *Heck* on at least two occasions.  Dkt. 16 and 41.  Those claims should

22   again be dismissed without prejudice.

23       As stated in the Report and Recommendation, the case should go forward on Plaintiff's equal

24   protection claim and the two Eighth Amendment claims.

25       Therefore, it is **ORDERED** that the Report and Recommendation (Dkt. 56) is **ADOPTED**.

26   This matter is **RE-REFERRED** to the Hon. J. Kelley Arnold to conduct further proceedings

27   consistent with this order and the order of reference.

28

ORDER
Page - 2

1        The Clerk is directed to send copies of this Order to Plaintiff, to all counsel of record, and to

2  the Hon. J. Kelley Arnold.

3

4        DATED this 16th day of July, 2007.

5

6

7                         Robert J Bryan
                            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 3