1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

    v.

DOUG WADDINGTON *et al.,*

        Defendants.

Case No.  C06-5183RJB/JKA

ORDER GRANTING AND
DENYING PLAINTIFF'S
MOTION TO EXTEND
DISCOVERY

      This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion to extend the discovery deadline for 60-days (Dkt # 66).

      Plaintiff contends there is an ongoing discovery dispute and that he is entitled to an extension of time (Dkt # 66). The court has directed the parties to confer regarding the discovery already propounded. The discovery deadline in this action was January 25, 2008.  No new discovery may be propounded. A motion to extend discovery for new discovery requests is **DENIED.**

      To the extent plaintiff's motion addresses discovery that was timely sent to the defendants or their

ORDER
Page - 1

1  counsel the motion is **GRANTED.**  The parties will meet and confer and attempt to resolve their dispute.

2  If they are not able to do so plaintiff may renew his motion to compel.

3          The Clerk is directed to send plaintiff and counsel for defendants  a copy of this Order.

4          DATED this 13 day of February 2008.

5

6                                          /S/ *J. Kelley Arnold*
                                           J. Kelley Arnold
7                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2