UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

        Plaintiff,

v.

DOUG WADDINGTON *et al.,*

        Defendants.

Case No. C06-5183RJB/JKA

ORDER GRANTING
DEFENDANT'S MOTION FOR A
CONTINUANCE OF
THE JOINT STATUS REPORT,
DENYING PLAINTIFF'S
MOTION FOR SANCTIONS,
RE-NOTING DEFENDANT'S
MOTION FOR SUMMARY
JUDGMENT, AND SETTING
A BRIEFING SCHEDULE

      This Civil Rights action, filed pursuant to 42 U.S.C. §1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).

      On March 25, 2008, the court entered an order addressing a discovery dispute in this action (Dkt # 76). Defendant's pending motion for summary judgment, (Dkt # 70), was removed from the court's calendar until the dispute was over. The court stated it would re-note the motion after the dispute was settled. Since that time three motions have been filed. Defendant's filed a motion to continue the due date for filing a joint status report (Dkt # 81). In that motion defendants state the discovery in question was

ORDER
Page - 1

| | |
|---|---|
| 1 | sent to plaintiff on June 2, 2008. Plaintiff filed a motion for sanctions for not meeting with him to prepare |
| 2 | a joint status report, (Dkt # 83). In that motion plaintiff objects to the requested continuance. Plaintiff then |
| 3 | filed a motion asking for a continuance to respond to the pending motion for summary judgment (Dkt # |
| 4 | 85). |
| 5 |     Defendant's motion for a continuance of the Joint Status Report due date, (Dkt # 81), is |
| 6 | **GRANTED.** The Report will be due **November 21, 2008.** |
| 7 |     Plaintiff's motion for sanctions, (Dkt. # 83), is **DENIED.** As defendant's counsel notes the content |
| 8 | of the report may change given a ruling on the pending dispositive motion. |
| 9 |     Plaintiff's motion for a continuance to respond to the motion for summary judgment, (Dkt # 85), is |
| 10 | premature. The court has not re-noted the summary judgment motion. The motion is therefore **DENIED.** |
| 11 |     The court now re-notes defendant's motion for summary judgment, (Dkt. # 70), for **August 22,** |
| 12 | **2008.** Plaintiff's response is due on or before **August 15, 2008.** Defendant's optional reply is due on or |
| 13 | before **August 22, 2008**. Plaintiff is warned he must allow three days for delivery of his pleading to |
| 14 | defense counsel. This means he must deliver his response to prison officials for mailing by August 12, |
| 15 | 2008. |
| 16 |     The clerk is directed to send a copy of this order to plaintiff and counsel for defendants, remove |
| 17 | Dkt. # 81, 83, and 85 from the court's calendar, and note the **November 21, 2008,** due date for the Joint |
| 18 | Status Report, the **August 15, 2008**, for plaintiff's response to defendant's motion for summary judgment,, |
| 19 | and the **August 22, 2008,** noting date for defendant's motion for summary judgment, (Dkt # 70). |

DATED this 22 day of July 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge